# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GINO GRIMALDI,

   Plaintiff,

  v.          Case No.:  6:25-cv-02475-GAP-LHP

GMC OF CENTRAL FLORIDA,
INC.,

   Defendant,

---

## ORDER

Before the Court is Plaintiff's Request for Entry of Clerk Default.  Doc. No. 10.  On review, the motion will be **DENIED without prejudice**, as the motion does not adequately address, by citation to legal authority, that service of process on Defendant was proper.  *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).

Specifically, the return of service states that Defendant GMC of Central Florida Inc. was to be served c/o Alice F. Mahnke, who according to records from Florida's Department of State, is Defendant's registered agent.[1]  Service was

---

[1] Records maintained by the Florida Department of State, Division of Corporations, are available at https://search.sunbiz.org/Inquiry/CorporationSearch/ByName.  The

-1-

effected at 620 N Wymore Road, Suite 270, in Maitland, Florida by service on "Kelly Lynn, Receptionist." Doc. No. 7. Records from Florida's Department of State, however, reflect a different address for Alice F. Mahnke: 915 Densmore Dr., Winter Park, Florida. The present motion (Doc. No. 10) does not address this discrepancy.

Also, even assuming that service occurred at the address of the registered agent, Plaintiff provides no authority demonstrating that service on "Kelly Lynn, Receptionist," would suffice to effect service on Defendant. There is nothing in the return of service stating that Kelly Lynn was authorized to accept service. Doc. No. 7; Fed. R. Civ. P. 4(h)(1)(B). Nor does the return state that the registered agent was absent from the registered office, and/or that Kelly Lynn is an employee of the registered agent. Doc. No. 7; Fla. Stat. § 48.091(4)(b).

For these reasons, the motion (Doc. No. 10) is **DENIED without prejudice**. Plaintiff shall file a renewed motion within **fourteen (14) days** of this Order, which must include a memorandum of legal authority establishing that service of process on Defendant was proper under applicable law.

---

records for Defendant GMC of Central Florida Inc. are accessible by entering "GMC of Central Florida Inc" into the "Entity Name" field.

**DONE** and **ORDERED** in Orlando, Florida on April 13, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

Counsel of Record
Unrepresented Parties